AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11736048

**RECEIVED**
By USMS District of Columbia District Court at 9:02 am, Nov 08, 2024

United States of America
v.
LAMAAS LOWERY-BEY

*Defendant*

Case: 1:24-cr-00502
Assigned To : Judge Dabney L. Friedrich
Assign. Date : 11/7/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LAMAAS LOWERY-BEY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
22 D.C. Code § 4503(a)(1) - UNLAWFUL POSSESSION OF A FIREARM (PRIOR CONVICTION);
FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date:   11/07/2024

*Issuing officer's signature*

City and state:   WASHINGTON, DC

MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/8/2024, and the person was arrested on *(date)* 11/8/2024
at *(city and state)* WASH DC.

Date:   11/8/2024

*Arresting officer's signature*

SCOTT BROWN / TFO / FBI
*Printed name and title*