# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 24-502-DLF** |
| : | |
| **LAMAAS LOWERY-BEY** : | |
| : | |
| **Defendant** : | |

## MOTION TO WITHDRAW AS COUNSEL & REQUEST TO APPOINT NEW COUNSEL

Counsel for the Defendant, Mr. Lamaas Lowery-Bey, Nicholas G. Madiou, Brennan, McKenna & Lawlor, Chtd., hereby respectfully files this motion to withdraw as counsel for Mr. Lowery-Bey. In support of this Motion, counsel states the following.

1. Undersigned counsel was appointed to represent Mr. Lowery-Bey pursuant to the Criminal Justice Act on November 8, 2024.

2. Mr. Lowery-Bey is currently scheduled to appear before the Court on February 18, 2025 at 12:00 p.m. for a status hearing.

3. At this time, undersigned counsel respectfully asks this Court to permit undersigned counsel to withdraw from the representation of Mr. Lowery-Bey. Mr. Lowery-Bey has expressed a desire for newly appointed counsel and requested that the undersigned counsel file the instant motion to withdraw.

1

4.       Undersigned counsel believes that the interests of justice will be served by the granting of this motion.

WHEREFORE, for the reasons stated, undersigned counsel respectfully asks this Honorable Court to grant this Motion, and strike counsel's appearance. In addition, undersigned counsel asks this Court to appoint new counsel to represent Mr. Lowery-Bey in this case.

                                              Respectfully submitted,

                                              /s/
                                        _____
                                        Nicholas G. Madiou
                                        Brennan, McKenna & Lawlor, Chtd.
                                        6305 Ivy Lane, Suite 700
                                        Greenbelt, Maryland 20770
                                        301.474.0044
                                        nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 22, 2025, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

      /s/
_____
Nicholas G. Madiou